IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY, and FOREMOST SIGNATURE INSURANCE COMPANY | * * * * | |
| Plaintiffs, | * * | Case No. |
| vs. | * * | CV 315-81 |
| DUBLIN EYE ASSOCIATES, P.C; DR. ROGER D. SMITH; and DR. JAMES Y. JONES | * * * * | |
| Defendants. | * | |

## ORDER OF RECUSAL

The captioned case was filed in the Dublin division and, therefore, would typically be assigned to me. However, I have determined that I am disqualified from presiding in this matter.

Accordingly, this case is re-assigned to the Honorable Lisa Godbey Wood, Chief Judge of this district, for plenary disposition or further reassignment.

**ORDER ENTERED** at Dublin, Georgia, this 30th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE