IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARYLAND CASUALTY COMPANY and FOREMOST SIGNATURE INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 315-081 |
| DUBLIN EYE ASSOCIATES, P.C.; DR. ROGER D. SMITH; and DR. JAMES Y. JONES, | ) ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs have obtained consent to amend the complaint from the only Defendant to have made an appearance in this case, Dr. James Y. Jones. (Doc. no. 14.) Plaintiffs filed a document styled "Amended Complaint for Declaratory Judgment," in which they attempt to incorporate by reference all allegations of the original complaint except for a new paragraph three. (Doc. no. 15.) However, in the Eleventh Circuit, an amended complaint supersedes and replaces in its entirety the previous pleading filed by Plaintiffs. See Hoefling v. City of Miami, -F.3d-, No. 14-12482, 2016 WL 285358, at *4 (11th Cir. 2016); Krinsk v. SunTrust Banks, Inc., 654 F.3d 1194, 1202 (11th Cir. 2011). In accordance with this principle, Plaintiffs shall file, within seven days of the

date of this Order, a complete amended complaint as a stand-alone entry on the docket rather than rely on a piecemeal, one-paragraph substitution.

SO ORDERED this 9th day of February, 2016, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA